# CIVIL COVER SHEET

JS 44 (Rev. 07/16)

1:17cv227 (JCC/JFA)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Michael Graham

### DEFENDANTS
VitalSpring Technologies, Inc., d/b/a Enziime, LLC.; Yona Health Systems, LLC, and Spreedhar Potarazu

(b) County of Residence of First Listed Plaintiff: **Prince William**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Fairfax**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Philip C. Krone, Esquire, Cook Craig & Francuzenko, PLLC, 3050 Chain Bridge Road, Suite 200, Fairfax, Virginia 22030

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[X] 710 Fair Labor Standards Act

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 29 U.S.C. 201, et seq.
Brief description of cause: Defendant failed to pay Plaintiff his wages for four months

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 150,000.00
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY

DATE: 02/28/2017
SIGNATURE OF ATTORNEY OF RECORD: *Philip C. Krone*

FOR OFFICE USE ONLY